**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: 14-387

**Caption [use short title]**

**Motion for**: Dismissal of appeal for lack of appellate jurisdiction

Russell v. The Journal News

Set forth below precise, complete statement of relief sought:

"The Journal News" Appellees seek dismissal of the appeal for lack of jurisdiction; Appellant has appealed the District Court's order granting a motion to dismiss as to some (but not all) defendants, and thus, the ruling is not an appealable final judgment or order pursuant to 28 U.S.C. § 1291.

**MOVING PARTY**: Gannett Company, GANSAT, McDonald, Simmons
☐ Plaintiff   ☑ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**OPPOSING PARTY**: Russell

**MOVING ATTORNEY**: Aaron Mark Zeisler
**OPPOSING ATTORNEY**: Michael H. Joseph
[name of attorney, with firm, address, phone number and e-mail]

Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor, NY, NY 10169
Tel: (212) 818-9200; azeisler@ssbb.com

Law Office of Michael H. Joseph, P.L.L.C.
203 East Post Rd., White Plains, NY 10601
Tel: (914) 574-8330; michael@newyorktriallawyers.org

**Court-Judge/Agency appealed from**: United States District Court, S.D.N.Y. (Hon. Cathy Seibel)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No   If yes, enter date:

**Signature of Moving Attorney:**
/s/ Aaron M. Zeisler   **Date**: 2/28/14   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)