S.D.N.Y.-W.P.
12-cv-8013
Seibel, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of April, two thousand fourteen.

Present:
> Denny Chin,
> Susan L. Carney,
> Christopher F. Droney,
> > *Circuit Judges*.

James Russell,

> *Plaintiff-Appellant*,

v.                                                                                              14-387

Gannett Company Inc., *et al.*,

> *Defendants-Appellees*,

The Journal News, *et al.*,

> *Defendants*.

Appellees move to dismiss the appeal for lack of jurisdiction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED. This Court lacks jurisdiction because the district court's order dismissing some, but not all, of the parties is not a final order as contemplated by 28 U.S.C. § 1291, and no exception to that statute is applicable. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978); *see also see Citizen Accord v. Town of Rochester*, 235 F.3d 126, 128 (2d Cir. 2000) (per curiam) ("An order that . . . adjudicates the rights and liabilities of fewer than all of the remaining parties, is not a final order unless the court directs the entry of the final judgment as to the dismissed claims or parties . . . .").

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

SAO-MCB